# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| BARBARA O. PRESILDA,<br><br>        Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br>HLS OF NEVADA, LLC,<br><br>        Defendants. | 2:19-cv-01281-APG-VCF<br><br>**ORDER** |

Before the court is the Motion to Remove Attorneys from Electronic Service List (ECF NO. 10). Accordingly,

IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 AM, October 25, 2019, in Courtroom 3D.

This hearing will proceed, even if the Motion to Remove Attorneys from Electronic Service List (ECF NO. 10) is withdrawn.

DATED this 23rd day of October, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE