David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*
*Barbara O. Presilda*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA O. PRESILDA,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; HLS OF NEVADA, LLC,<br><br>Defendants. | Case No.: 2:19-cv-01281-APG-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION AS TO HLS OF NEVADA, LLC** |

BARBARA O. PRESILDA ("Plaintiff"), together with Defendant HLS OF NEVADA, LLC ("HLS"), collectively the "Parties", hereby stipulate and agree that the above-entitled action shall be dismissed, without prejudice, pursuant to and

///

///

In accordance with Fed. R. Civ. P. 41 (a)(2). This Dismissal is effective **ONLY as to Defendant HLS of Nevada, LLC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: October 23, 2019

| /s/Shawn W. Miller | /s/Jason G. Martinez |
|---|---|
| Shawn W. Miller, Esq. | Karen L. Hanks, Esq. |
| David H. Krieger, Esq. | Jason G. Martinez, Esq. |
| HAINES & KRIEGER, LLC | KIM GILBERT EBRON |
| 8985 S. Eastern Avenue | 7625 Dean Martin Drive |
| Suite 350 | Suite 110 |
| Las Vegas, Nevada 89123 | Las Vegas, NV 89139 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| *Barbara O. Presilda* | *HLS OF NEVADA, LLC* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 10/24/2019