# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA O. PRESILDA,<br><br>  Plaintiff<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>  Defendants | Case No.: 2:19-cv-01281-APG-VCF<br><br>**Order for Stipulation of Dismissal or Status Report** |

On October 25, 2019, the parties advised the court that a settlement had been reached between the plaintiff and defendant Equifax Information Services, LLC. ECF No. 18.

I THEREFORE ORDER the parties to file either a stipulation of dismissal or a status report by February 21, 2020

DATED this 3rd day of February, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE