# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA O. PRESILDA,<br><br>    Plaintiff<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>    Defendants | Case No.: 2:19-cv-01281-APG-VCF<br><br>**Order for Stipulation of Dismissal or Status Report** |

On October 25, 2019, the parties advised the court that a settlement had been reached between the plaintiff and defendant Equifax Information Services, LLC. ECF No. 18. I previously ordered the parties to file either a stipulation of dismissal or a status report by February 21, 2020. ECF No. 19. The parties did not comply with my order.

I THEREFORE ORDER the parties to file either a stipulation of dismissal or a status report by March 11, 2020. Failure to comply with this order will result in dismissal of this case and may result in sanctions against the lawyers.

DATED this 26th day of February, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE