# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA O. PRESILDA, | Case No.: 2:19-cv-01281-APG-VCF |
| Plaintiff | **Order Dismissing Case** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | |
| Defendants | |

On October 25, 2019, the parties advised the court that a settlement had been reached between the plaintiff and defendant Equifax Information Services, LLC. ECF No. 18. I have twice ordered the parties to file either a stipulation of dismissal or a status report, with specific deadlines each time. ECF Nos. 19, 20. The parties have ignored my orders. I warned the parties in my last order that failure to comply would result in dismissal of this case. ECF No. 20.

I THEREFORE ORDER that this case is DISMISSED with prejudice for failure to comply with my orders. The clerk of court is instructed to close this case.

DATED this 19th day of March, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE